FILED

2017 NOV 28  PM 12:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MELVIN EDWARDS III,<br>　aka "Melvin Thaj Edwards,"<br>　aka "Jack Edwards,"<br><br>　　　　Defendant. | ED CR No. EDCR-17-239-PA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about September 14, 2017, in San Bernardino County, within the Central District of California, defendant MELVIN EDWARDS III, also known as ("aka") "Melvin Thaj Edwards," aka "Jack Edwards" ("EDWARDS"), knowingly possessed a firearm, namely, a Canik, model TP9SF, 9mm caliber pistol, bearing serial number 16AT10487, and ammunition, namely, approximately nine rounds of Federal Cartridge Company 9mm caliber ammunition and nine rounds of Jagemann Corporation 9mm caliber ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant EDWARDS had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Possession or Purchase of Cocaine for Sale, in violation of California Health and Safety Code Section 11351.5, in the Superior Court of the State of California, County of Riverside, case number RIF73111, on or about February 25, 1997;

(2) Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court of the State of California, County of Los Angeles, case number GA057100, on or about July 14, 2004;

(3) Planting, Cultivating, Harvesting, Drying, and Processing Marijuana While Armed with a Firearm, in violation of California Health and Safety Code 11358, in the Superior Court of the State of California, County of San Bernardino, in case number FVA24755, on or about August 10, 2007;

(4) Driving While Having a .08% or Higher Blood Alcohol with Prior Convictions, in violation of California Vehicle Code Section 23152(b), in the Superior Court of the State of California, County of San Bernardino, case number FVI1202567, on or about October 2, 2012; and

(5) Evading an Officer, Willful Disregard, in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of

//
//
//
//
//

the State of California, County of San Bernardino, case number FVI1202567, on or about October 2, 2012.

A TRUE BILL

/S/
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

CHELSEA NORELL
Assistant United States Attorney
General Crimes Section

3