[Reset Form]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
2017 NOV 28 PM 12:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Case Number **EDCR-17-239-PA**
U.S.A. v. MELVIN EDWARDS III
Defendant Number 1
Year of Birth 1975

[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.) N/A

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  5/11/17

c. County in which first offense occurred

San Bernardino

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY

[ ] Los Angeles       [ ] Ventura
[ ] Orange            [ ] Santa Barbara
[ ] Riverside         [ ] San Luis Obispo
[✓] San Bernardino    [ ] Other _____

Citation of Offense  18 U.S.C. §§ 922(g)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[✓] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  N/A

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  N/A
Case Number  N/A
Charging  N/A

The complaint:   [ ] is still pending
[ ] was dismissed on:  N/A

### PREVIOUS COUNSEL
Was defendant previously represented?   [✓] No   [ ] Yes
IF YES, provide Name: _____
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A

Case Number  N/A
The superseded case:

[ ] is still pending before Judge/Magistrate Judge
N/A

[ ] was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*    [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  [ ] YES   [x] NO
IF YES, list language and/or dialect: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?  [ ] Yes  [x] No
d. Is on bail or release from another district: N/A

**OTHER**
- [x] Male    [ ] Female
- [x] U.S. Citizen    [ ] Alien
- Alias Name(s)  N/A

Defendant is **in** custody:
a. Place of incarceration:  [ ] State   [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____

This defendant is charged in:  [x] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes  [x] No
IF YES, should matter be sealed?  [ ] Yes  [x] No

e. On another conviction:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [x] violent crimes/firearms
- [ ] Other
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  11/27/2017

Signature of Assistant U.S. Attorney
CHELSEA NORELL
Print Name