Stephanie Thornton Harris DFPD

CLERK

FILED
2017 DEC 13 AM 10: 25
CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
| V. | PLAINTIFF | EDCR-17-239-PA |
| MELVIN EDWARDS | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/12/17  7:30  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 922g1 - Felon in poss

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1978

8. Defendant has retained counsel:  ☐ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: A. Kaighin  909-241-9683  (please print)

12. Office Phone Number: 951 320 7560

13. Agency: ATF

14. Signature: _____

15. Date: _____

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION