# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | ED CR 17-00239 PA |
| Date | December 18, 2017 |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

Interpreter N/A

| Renee A. Fisher | Lisa Gonzalez | Julia Sun Choe, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Melvin Edwards | | X | X | Stephanie Thornton Harris | | X | X |

**Proceedings:** Plea and Trial Setting Conference (Held and Completed)

Defendant is named in a One-Count Indictment. The defendant is arraigned and pleads not guilty to the Indictment. The Court orders a trial date, final status conference date, and briefing schedule. See Criminal Trial Order. The deputy clerk is ordered to serve on counsel a copy of the Court's Criminal Trial Order. The Final Status Conference is scheduled for **January 29, 2018, at 3:00 p.m.** Jury trial is set for Tuesday, **February 6, 2018, at 8:30 a.m.**

IT IS SO ORDERED.

| | 00 : 03 |
|---|---|
| Initials of Deputy Clerk | rf |

**cc: USMO, PSA**