NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JULIA S. CHOE (Cal. Bar No. 287038)
Assistant United States Attorney
General Crimes Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6530
     Facsimile: (213) 894-0141
     E-mail:    julia.choe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:17-239-PA |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRETRIAL DATES |
| v. | |
| MELVIN EDWARDS, III, *Aka Melvin Thai Edwards,* *Aka Jack Edwards,* | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Julia S. Choe, and defendant MELVIN EDWARDS, III, ("defendant"), by and through his counsel of record, Deputy Federal Defender Stephanie Thornton-Harris, hereby stipulate as follows:

     1.   The Indictment in this case was filed on November 28, 2017. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on December 14, 2017.

    2.   On December 28, 2017, the Court continued the trial date to April 3, 2018 and the status conference to March 26, 2018. (Dkt. 16.) The Court ordered that motions be filed on or about February 12, 2018, oppositions be filed on or before February 19, 2018, and replies be filed on or before February 26, 2018.

    3.   The parties in this case are currently engaged in discussions regarding pre-trial resolution of this case, and the government seeks to disclose additional discovery to defendant pursuant to a protective order. (Dkt. 17.) Therefore, to preserve defendant's ability to make the appropriate motions ahead of trial, the parties respectfully request that the following pretrial deadlines apply:

        a.   On or before March 5, 2018, the parties shall file pre-trial motions;

        b.   On or before March 12, 2018, the parties shall file oppositions to the pre-trial motions; and

        c.   On or before March 19, 2018, the parties shall file replies, if any, to the pre-trial motions.

IT IS SO STIPULATED.

Dated: February 9, 2018        Respectfully submitted,

NICOLA T. HANNA  
United States Attorney

LAWRENCE S. MIDDLETON  
Assistant United States Attorney  
Chief, Criminal Division

      /s/  
JULIA S. CHOE  
Assistant United States Attorney

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

1 | Dated: February 9, 2018
2 | */s/ via e-mail authorization*
  | STEPHANIE THORNTON-HARRIS
  | Deputy Federal Public Defender
  |
  | Attorney for Defendant
  | MELVIN EDWARDS, III

3