1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JULIA S. CHOE (Cal. Bar No. 287038)
4  Assistant United States Attorney
   General Crimes Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6530
7       Facsimile: (213) 894-0141
        E-mail:    julia.choe@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                     UNITED STATES DISTRICT COURT

11                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,            No. 5:17-239-PA

13          Plaintiff,                  ORDER CONTINUING
                                        PRETRIAL DATES
14              v.

15 MELVIN EDWARDS, III,
   *Aka Melvin Thai Edwards,*
16 *Aka Jack Edwards,*

17          Defendant.

18

19

20      The Court has read and considered the Stipulation To Continue

21 Pretrial Dates, filed by the parties in this matter on February 9,

22 2018.  The Court hereby finds that the Stipulation, which this Court

23 incorporates by reference into this Order, provides good cause to

24 continue the pretrial dates in this matter.

25 //

26 //

27 //

28

THEREFORE, FOR GOOD CAUSE SHOWN:

1. On or before Feb. 26, 2018, the parties shall file pre-trial motions, including motions in limine;

2. On or before March 5, 2018, the parties shall file oppositions to the pre-trial motions; and

3. On or before March 12, 2018, the parties shall file replies, if any, to the pre-trial motions.

4. Motions will be heard on March 19, at 3:00 p.m. The status conference shall remain set for March 26, 2018.

IT IS SO ORDERED.

February 9, 2018
DATE

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JULIA S. CHOE
Assistant United States Attorney