Stephanie Thornton-Harris (No. 152789)
(E-mail: Stephanie_Thornton-Harris@fd.org)
3801 University Ave, Suite 700
Riverside, CA 92501
Telephone (951) 276-6346
Facsimile (951) 276-6368

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | ED CR 17-00239-PA |
| MELVIN EDWARDS III | |
| DEFENDANT. | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Melvin Edwards III
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Kewalramani _____ by order dated: December 15, 2017

    ☐ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Originally, the defense planned to request that the Court grant Mr. Edwards bond secured by either his business or his personal property. Upon determining that there was not sufficient equity, the defense located seven potential sureties who are willing to sign an affidavit of surety without justification. With the exception of Mr. Edwards's wife, these individuals were not previously considered at the initial bail hearing.

    Relief sought *(be specific)*:

The defense requests that the Court set a $100,000. bond, unjustified with the signatures of four or more of the individuals who have now indicated their willingness to sign a bond. Specifically Angelina Mack in the amount of $50,000. Karen Bustillos in the amount of $20,000. Vernita Logan in the amount of $10,000. And Derek Brown in the amount of $20,000.

    Counsel for the defendant and plaintiff United States Government consulted on March 20, 2018 by e-mail
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on March 20, 2018.

An interpreter is ☐ required ☑ not required. Language English
Defendant is ☑ in custody ☐ not in custody.

| 03/21/2018 | /s/ Stephanie Thornton-Harris |
|---|---|
| Date | Moving Party |