Stephanie Thornton-Harris, DFPD (No. 152785)
E-Mail: Stephanie_Thornton-Harris@fd.org
3801 University Ave, Suite 700
Riverside, CA 92501
Telephone (951) 276-6346
Facsimile (951) 276-6368

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>MELVIN EDWARDS, III<br><br>DEFENDANT. | CASE NUMBER<br><br>CR 17-00239-PA<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge Shashi H. Kewalramani

on March 29, 2018 at 2:00 ☐ a.m. ☑ p.m.

in courtroom 4.

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| 3/23/18 | D. Castellanos | 951-328-4466 |
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☑ PSA.