UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | ED CR 17-239 PA |
| Date | May 2, 2018 |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Kamilla Sali-Suleyman | Phyllis Preston | Julia Sun Choe |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Melvin Edwards III | | X | X | Stephanie Thornton Harris | | X | X |

**Proceedings:**  STATUS CONFERENCE

     Cause called; appearances made.  The Court confers with defense counsel and defendant outside the presence of government counsel. For the reasons stated on the record, the Court grants defendant's request for new counsel. Stephanie Thornton Harris is relieved as counsel of record.  The Court hereby appoints David R. Reed as counsel of record for defendant Melvin Edwards III for all further proceedings.

David R. Reed
3699 Wilshire Blvd., Suite 850
Los Angeles, CA, 90010
Phone: 760-333-7975
Fax: 442-227-4002
Email: AutomaticTrials@yahoo.com

                                                                                                                  :    36

Initials of Deputy Clerk  KSS

cc:  AutomaticTrials@yahoo.com