**DAVID R. REED, State Bar #62479**
Attorney at Law (Automatictrials@yahoo.com)
3699 Wilshire Blvd. Suite 850
Los Angeles, Ca. 90010
(310) 854-5246
(442) 227-4002 fx

Attorney for: MELVIN EDWARDS III

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: ED CR-17-239 PA #1 |
| Plaintiff, ) | |
| -vs- ) | STIPULATION TO CONTINUE THE SENTENCING HEARING |
| MELVIN EDWARDS III, ) | |
| Defendant, ) | |

WHEREAS: Counsel Reed was recently appointed and needs additional time to prepare a sentencing brief on behalf of Mr. EDWARDS,

IT IS HEREBY STIPULATED by Assistant United States Attorney, Julia S. Choe, and defendant, Melvin Edwards III, through his counsel, David R. Reed, that the parties ask the Court to continue defendant's sentencing hearing from June 18, 2018 to August 6, 2018 at 8:30 a.m.


Dated: 5/9/18     /S/ Julia S. Choe, w/permission by Reed
                  Julia S. Choe, A.U.S.A.


Dated: 5/9/18     /S/ David R. Reed
                  DAVID R. REED for Mr. Edwards III

1