1 **DAVID R. REED, State Bar #62479**
Attorney at Law (Automatictrials@yahoo.com)
2 3699 Wilshire Blvd. Suite 850
Los Angeles, Ca. 90010
3 (310) 854-5246
(442) 227-4002 fx
4
Attorney for: MELVIN EDWARDS III

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO: ED CR-17-239 PA #1 |
| Plaintiff, | ) |
| -vs- | ) (~~Proposed~~) ORDER TO CONTINUE THE SENTENCING HEARING |
| MELVIN EDWARDS III, | ) |
| Defendant, | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Defendant Melvin Edwards III's sentencing hearing is continued from June 18, 2018 to August 6, 2018 at 8:30 a.m.

Dated: May 9, 2018  _____
Percy Anderson
UNITED STATES DISTRICT JUDGE

1