# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED CLERK, U.S. DISTRICT COURT
MAY 2 5 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br>v.<br><br>**MELVIN EDWARDS III**<br>akas: Melvin Thaj Edwards, Jack Edwards<br><br>Defendant(s) | CASE NUMBER<br><br>EDCR-17-239 -~~EDGR~~ ~~PH~~<br><br>**WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   <u>**MELVIN EDWARDS III,**</u>
                                          <u>**akas: Melvin Thaj Edwards, Jack Edwards**</u>

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint   ■ Indictment
☐ Information   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Violation Notice
Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**18 U.S.C. § 922(g)(1):  Felon in Possession of a Firearm and Ammunition**

SUBJECT ARRESTED
BY __ATF__
AND ARRAIGNED ON
__12-12-17__ IN THE
CENTRAL DISTRICT
OF CALIF. __Riverside__

**in violation of the following Title, United States Code, Section(s)**
SEE ABOVE

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>*Marilyn Davis* (signature) | November 28, 2017   LOS ANGELES, CALIFORNIA<br>DATE AND LOCATION OF ISSUANCE<br><br>BY:  MICHAEL R. WILNER<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR – 12 (07/04)                                                                                     PAGE 1 OF 2