| | | SUPPLEMENT ☐ | CASE NO. |
|---|---|---|---|
| | SHERIFF'S DEPARTMENT<br>COUNTY OF SAN BERNARDINO<br>CALIFORNIA<br>CA 03600 | | 661700282<br>REPORT AREA<br>RI119 |
| CODE SECTION<br>PC29800(a)(1) | CRIME<br>FIREARM POSS-FIREARM | | CLASSIFICATION |
| VICTIM'S NAME - LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) TYPEP |
| STATE OF CALIFORNIA | | | |
| ADDRESS | RESIDENCE | | PHONE |

### ASSIGNMENT:
On 09-14-2017, I was assigned to the San Bernardino County Regional Gang Integellance Team (GIT). I was driving an unmarked Sheriff's vehicle equipped with emergency lights and siren, and was wearing a green raid vest with department patches identifying me as a law enforcement officer.

### OBSERVATIONS:
At approximately 1458 hours, I was traveling west on Foothill Blvd in the city of Fontana. I was in the number two lane approaching Maple Avenue. I observed a black Porsche Cayenne, California license plate # 7ECD685, to my left in the number one lane. I noticed the Porsche's front windows were tinted and I was unable to see the occupants inside. Having tinted windows is a violation of VC 26708(a)(1).

### ENFORCEMENT TRAFFIC STOP:
I slowed down and merged into the number one lane to conduct a traffic stop on the Porsche. I activated my overhead emergency lights. The vehicle continued driving forward and merged into the number two lane and stopped along the curb just west of Locust Ave.

### SUBJECT CONTACT:
I walked to the driver's side of the Porsche and made contact with the driver who was later identified as Melvin Edwards, DOB 07-31-1978. I informed Edwards the reason I stopped him was for having tinted windows. I asked him for his driver's license and the vehicle information to the car. While speaking to Edwards, he appeared extremely nervous. His hands were shaking and he kept moving them up and down. Edwards handed me a identification card and a registration paper to a Mercedes. I informed him he was driving a Porsche and not a Mercedes. Edwards looked in the arm rest of the vehicle and handed me the registration. I asked Edwards if he had a driver's license. He informed me he was working on trying to get one becasue he had DUI's.

The front passenger of the vehicle was identified as Tyrone Hatchett, ▆▆▆▆▆▆. I asked Hatchett for identification and he handed me his card California identification card.

### RECORDS CHECK:
I walked back to my patrol vehicle and conducted a records check on Edwards and Hatchett via my on-board computer. The records check revealed Edwards had a suspended driver's license for multiple vehicle code violations.

The records check also revealed Hatchett was on county probation.

While conducting the records check, Office R. Bonshire from San Bernardino Police Department (GIT) assisted with the traffic stop. I informed Bonshire Edwards had a suspended license and Hatchett was on probation.

### SUBJECT RE-CONTACT:
I exited my patrol vehicle and walked back to the Porsche. I asked Edwards to exit the vehicle and he complied. Once out of the vehicle, I conducted a pat-down search on his person and walked him to curb. There I instructed him to sit down and to cross his feet. Edwards complied.

Officer Bonshire had Hatchett do the same.

### VEHICLE SEARCH:

| REPORTING OFFICER | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| Deputy M. Hubbard | 09/15/2017 | Michael Martinez | | | 09/27/2017 |
| FURTHER ACTION:<br>☐ YES  ☐ NO<br>15-15184-401 Rev. 1/83 | COPIES TO:<br>☐ Other<br>☐ SD/PD | ☐ Detective<br>☐ CII | ☐ Dist. Atty.<br>☐ Patrol | REMARKS | |

Ex 1

USAO_000049

| | SUPPLEMENT ☐ | CASE NO. |
|---|---|---|
| **SHERIFF'S DEPARTMENT**<br>**COUNTY OF SAN BERNARDINO**<br>**CALIFORNIA**<br>**CA 03600** | | 661700282<br>REPORT AREA<br>RI119 |

| CODE SECTION | CRIME | | CLASSIFICATION |
|---|---|---|---|
| PC29800(a)(1) | FIREARM POSS-FIREARM | | |
| VICTIM'S NAME - LAST NAME | FIRST NAME | MIDDLE NAME | (FIRM NAME IF BUSINESS) TYPE P |
| STATE OF CALIFORNIA | | | |
| ADDRESS | RESIDENCE | | PHONE |

I informed Edwards his license was suspended and if I could search the vehicle. Edwards gave me verbal permission to search the vehicle. Prior to searching, I asked Edwards if there was anything illegal inside. Edwards told me no. During this conversation, this incident was not recorded.

I searched the driver's side of the vehcile and Officer Bonshire conducted the search of the passenger side. During the search, I saw Office Bonshire open the glove compartment with the key to the vehicle. Once the glove compartment was opened, I saw a black semi-auto handgun in plain view inside the compartment.

**SUSPECT ARREST / SPONTANEOUS STATEMENT:**

I walked to Edwards and Officer Bonshire walked to Hatchett. I placed handcuffs on Edwards (doubled locked) to the rear. While placing the handcuffs on Edwards, he spontaneously said without questions, "The gun is mine, he has nothing to do it." This statment was not recorded.

I then walked Edwards to the rear of my patrol vehicle without incident.

During the investigation, Edwards wanted the vehicle released to his mother as she is the registered owner. Edwards spontaneously said he fucked up becasue he had the gun. He continued to say he had the gun for his protection because he is a business owner and a young black man.

**EVIDENCE:**
See Office Bonshire supplemental report.

**TRANSPORTATION:**
I transported Edwards to West Valley Detention Center (WVDC) for booking and processing.

**SUSPECT INTERVIEW:**
At approximately 1540 hours, I interviewed Edwards in the parking lot of WVDC. I read him his Miranda rights from my department issued card. Edwards answered yes to question number ▓▓▓▓▓▓▓▓▓▓ under stood his rights. He answered no to question number two indicating he was not willing to speak to me. This conversation was recoreded.

This concluded my interview with Edwards.

**BOOKING:**
Edwards was booked into WVDC for PC 29800(a)(1). He was given booking # 1709341703.

**VEHICLE DISPOSITION:**
Per Edward request, the Porsche was released to his mother and registered owner Chalam Sweet.

**DISPOSITION:**
Case cleared by arrest. Forward to District Attorney.

| REPORTING OFFICER | DATE | REVIEWED BY | TYPED BY | ROUTED BY | DATE |
|---|---|---|---|---|---|
| Deputy M. Hubbard | 09/15/2017 | Michael Martinez | | | 09/27/2017 |
| FURTHER ACTION:<br>☐ YES  ☐ NO | COPIES TO:<br>☐ Other  ☐ Detective  ☐ Dist. Atty.<br>☐ SD/PD  ☐ CII  ☐ Patrol | | REMARKS | | |
| 15-15184-401 Rev. 1/83 | | | | | |