My name is Angelina Mack. I have known Melvin for 8 years now. He caught my interest because I've learned that he was (or is) a good father to his kids. I would go to his house, and he'd be home with the kids playing, or watching cartoons. I also like how he always offers help to people who need a friend to lean on, or need a job. I have seen him hire teenagers to come wash cars or sweep and wash the driveway. Even to come over and mow the lawn. He is always a helping hand, and a person of encouragement.

Years ago while I was attending school, I happened to ask if he can help me with books I needed to buy for class. And he did!

I've asked him to free himself to pick up, or drop of my child at school, and he's never had an issue doing so. He would pick my child from school, go get snacks or food. Or on weekends take the kids to Chuck E Cheese. He would also drive my child around to inspire her to dream big. He took us on tours of celebrity homes saying This is where ___ lives/or lived. All you have to do is get a good education in college, and work hard to get there. Saying "Whatever you need dont be afraid to ask. We will help you" "We want to see and know your happy and successful in whatever dream career you choose."

Melvin is a supportive person. He tries to encourage and motivate us. Its funny how he says he can fix things in the house, then he does it! He's very smart, and loving. He is a family man, and always smiling or laughing. He also works hard to make sure his family is taken care of with a roof over their head, and food to eat, clothes for school, and a listening ear.

Melvin has had people as friends or associates from all genders and

Races. He is a friendly people person always trying to help others.
 I still don't understand why exactly. But I'm guessing that is just in his heart to be so kind to everyone.

My name is Ahmeena Mack. I am 17 years old. I met Melvin when I was going into the 6th grade. I am now a high school graduate. I graduated highschool 5 months early. Although I was mad my mother married someone who wasn't my biological father, I was also very thankful. Melvin is one of the most hardworking, energetic, and loving men I know. He drove me to school every single day, and on the way to school he made sure to tell me how important school was. He is the reason I graduated earlier than my 2018 senior class. He bought me 2 cars and made sure me and my family had a roof over our head. He is very unlike any other man I have ever met. He has never showed any sign of violence or neglect. He is very intellegent and amusing. He can turn any awkward situation into a great experience. He is not afraid to speak his mind but he is very respectful. He has taught me alot of important things. Although he is not home, I will continue to follow by his words of wisdom.

I would like to start off by saying I am guilty of what I am being charged I was in possession of a firearm after being prohibited which was wrong and against the law I desever to be punished.

I have a past which I can not change but I have always took responsibility for my bad choices did my time and made changes in my life I am not a violent person but yes I have made bad choices that I payed for.

I never hurt anyone accept my family by letting them down by leaving them alone without me present and support I am asking the court for mercy in my sentencing I understand the seriousness of being in Federal court and it's a wake call to me.

I am here accepting responsibility for my action I don't desever to be thrown away my family needs me. I can follow the laws and rules of the court

I am a certified electrician I am employable I can be a better member of the community if giving the chance. Not to be shelfed or wearhoused to waste tax payer dollars which could be used for rehabilitation

I have changed things behaviour in my past for the Better I finished school started my business I have plans and dreams that I lost by the choice I made to carry a gun I have learned that it was not worth it. I will make better choices in the future.

Melvin Edwards
7-31-1978





Shanae K. Franklin
7379 Kamloops Ave.
Fontana, CA 92336
(909) 395-6311
N2shanae@yahoo.com

June 5, 2018

Re: Melvin Edwards III

To whom it may concern:

I have known Melvin Edwards my entire lifetime; Melvin is my cousin. Although I am aware of Melvin's questionable background, I along with other members of my family, have a great deal of love and support for Melvin.

I understand that Melvin is now facing sentencing for illegal activity of which he has accepted full responsibility. I also am aware of jail time served by Melvin in the past. However, I am not specifically informed of the details surrounding any of his previous crimes or convictions. Despite such lack of knowledge, I do know that Melvin has since reintegrated himself into society and remained a law-abiding citizen for many years since.

Recently, Melvin has worked hard at living a legitimate lifestyle. Melvin established and incorporated an auto-sales business. Melvin has always had a very considerate heart. In fact, Melvin just recently sponsored numerous local youth softball and football programs.

Melvin has expressed regret for his most recent behavior and wishes to move forward with his life. Melvin has my full support with doing so.

I highly recommend the lightest possible sentence for Melvin. For his recent behavior is not a reflection of his true character. Due to his various contributions to his local community, I do not believe society will benefit from sending Melvin to prison.

I am in agreement with Melvin as he requests the mercy of the Court.

Respectfully,
Shanae K. Franklin



**EL CABALLO**
MUFLER, MECHANIC & RADIATOR SHOP
1813, 1815 W. 5th Street. San Bernardino, CA 92411
Monday to Saturday
8:00 am - 6:00 pm   Mechanic Shop
(909) 885-7129   (909) 885-1918

6-05-2018

To Whom : May Concern

My name is Hector Morales L. I am the owner of the shop EL CABALLO MUFFLER, MECHANIC SHOP

I would like that Mr. Melvin Edwards has been a good customer, friendly, respectful, men of word,

Responsible in all the ways, I know Him since 7 years ago, I have good opinion about Him,.

Please if you have any questions feel free to contact with me at:

(909) 885-7129

MR Hector Morales



SAN BERNARDINO COUNTY
RECORDER – CLERK
222 West Hospitality Lane, 1st Floor
San Bernardino, CA 92415-0022
(855) REC-CLRK

BUSINESS OWNER IS RESPONSIBLE TO DETERMINE IF PUBLICATION IS REQUIRED. (B&P 17917).

Filed In County Clerk's Office, County of San Bernardino

**BOB DUTTON**
ASSESSOR – RECORDER – CLERK

1/03/2017
3:31 PM
JV
SAN

Doc#: 20170000068



EcgID –   240862

DocType: FBN
Pages: 1
Fees: $55.00

## FICTITIOUS BUSINESS NAME STATEMENT

| | |
|---|---|
| FBN Number | : 20170000068 |
| Filing Type | : FBN Filing |
| Date Filed | : 1/03/2017 |
| Began Transacting Business | : N/A |
| Filing Expires On | : 1/03/2022 |
| Business is Conducted By | : An Individual |

Fictitious Business Name(s) : JACK & BIRD AUTO SALES

Business Address : 2995 JO AN DR
SAN BERNARDINO, CA 92407

Phone Number :

Registrant(s) Address : MELVIN EDWARDS
2995 JO AN DR
SAN BERNARDINO, CA 92407

County of Principal Place of Business: SAN BERNARDINO

NOTICE—IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

Signature: _(signed)_
Print Name: Melvin Edwards
Officer Title:

BY SIGNING, I DECLARE THAT ALL INFORMATION IN THIS STATEMENT IS TRUE AND CORRECT. A registrant who declares as true any material matter pursuant to Section 17913 of Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000). *I am also aware that all information of this statement becomes Public Record upon filing pursuant to the California Public Records Act (Gov. Code 6250-6277). It is also my responsibility to determine if publication is required (B&P 17917).*

I HEREBY CERTIFY THAT THIS COPY IS A TRUE COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

SAN BERNARDINO COUNTY CLERK

By: _____
Deputy

FBN#   20170000068

Page   1

Distribution: County Clerk

# Fictitious Business Names Records Search

NEW SEARCH

| | |
|---|---|
| **Certificate Number** | 20170000068 |
| **Filing Date** | 01/03/2017 |
| **Filing Type/Status** | FBN FILING/ACTIVE |
| **Expiration Date** | 01/03/2022 |
| **Type of Business** | AN INDIVIDUAL |
| **Original FBN#** | |
| **Abandoned Date** | |
| **Abandoned FBN#** | |
| **Image Available** | NOT AUTHORIZED |

**Business Address**

2995 JO AN DR
SAN BERNARDINO, CA 92407

**Business Name(s)**

JACK & BIRD AUTO SALES

**Owner Name(s)**

| Owner Name | Withdrawal Date | FBN # |
|---|---|---|
| EDWARDS MELVIN | | |

BACK          RELATED FBN

## Fictitious Business Names Search

### Search Criteria

**Business Name:** JACK & BIRD AUTO SALES

**Owner's Name(Corporation):**

**Owner's Name(Individual):**

**FBN Number:**

**Date Of Filing:**

| Business Name | Owner Name(Last, First, Middle) | Certificate | File date | Status | Type |
|---|---|---|---|---|---|
| JACK & BIRD AUTO SALES | EDWARDS MELVIN | 20170000068 | 01/03/2017 | ACTIVE | FBN |

NEW SEARCH