# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | ED CR 17-239 PA | Date: August 6, 2018 |

Present: The Honorable **PERCY ANDERSON, U.S. DISTRICT JUDGE**

Interpreter  N/A

| Kamilla Sali-Suleyman | Phyllis Preston | Julia Sun Choe |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Melvin Edwards, III | | √ | √ | David R. Reed, CJA | | √ | √ |

**Proceedings:** **SENTENCING** (non-evidentiary)

    For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

 

|  |  : 29 |
|---|---|
| Initials of Deputy Clerk | KSS |

cc: USMS, BOP, USPO